# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145208

KAREN MARIE UTLEY,
        Plaintiff-Appellee,

v

SC: 145208
COA: 303572
Washtenaw CC: 10-000237-NI

BOARD OF COUNTY ROAD
COMMISSIONERS OF THE COUNTY OF
WASHTENAW,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

s0917